THE ROCHESTER FOLDING BOX COMPANY, Respondent, *v.* GEORGE W. BROWNE et al., Appellants, Impleaded with Others.

*Rochester Folding Box Co.* v. *Browne*, 55 App. Div. 444, appeal dismissed. (Submitted April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from an interlocutory judgment of the Supreme Court in favor of plaintiff and from a judgment of the Appellate Division in the fourth judicial department, entered November 24, 1900, affirming said judgment, entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to review the interlocutory judgment from which the appeal is taken.

*Elbridge L. Adams* for motion.

*C. D. Kiehel* opposed.

Motion granted and appeal dismissed, with costs.

----

SARAH M. BRUCE, as Administratrix of WILLIAM G. BRUCE, Deceased, Appellant, *v.* WILLET I. VAN DEMARK, as Administrator of JAMES H. VAN DEMARK, Deceased, et al., Respondents.

(Submitted April 15, 1901; decided April 23, 1901.)

Motion for reargument denied, with ten dollars costs. (See 166 N. Y. 607.)